IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
MAR 25 2019
PER _____
DEPUTY CLERK

EDWARD LULO and                    :
LISSET RODRIGUEZ,                  :    Civil No. 3:17-cv-01638-MEM
            Plaintiffs         :
                                   :
v.                                 :
                                   :    JUDGE MANNION
                                   :
CHARITH LEELASENA                  :
            Defendant       :    (Electronically Filed)
                                   :
                                   :    JURY TRIAL DEMANDED

**ORDER**

AND NOW, this 25th day of March, 2019, upon consideration of Plaintiffs'

Motion in Limine to Preclude certain portions of Balint Balog, M.D.'s testimony, it is hereby

*which has not been opposed*

ORDERED that Balint Balog, M.D., shall be precluded from offering any opinions or testimony

regarding the criteria of a reportable incident and the mechanics of this collision during any

phase of the trial.

BY THE COURT:

Martin C. Carlson
                                        J.

**Distribution List**
Timothy A. Shollenberger, Esquire
Shollenberger Januzzi & Wolfe, LLP
2225 Millennium Way
Enola, PA 17025

C. Theresa Barone, Esq.
Law Offices of Kenneth O'Neil
7535 Windsor Drive
Suite 101-B
Allentown, PA 18067